ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 SEP 23 PM 3:58
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ANGELA WILLIAMS, o/b/o A.O.W., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CV 314-082 |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) ) ) ) |
| Defendant. | ) ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **AFFIRMS** the Acting Commissioner's final decision, **CLOSES** this civil action, and **DIRECTS** the Clerk to enter final judgment in favor of the Acting Commissioner.

SO ORDERED this 23rd day of September, 2015, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE